O. H. DUKE AND NORA B. DUKE v. B. C. SCARBORO AND J. M. TEMPLE-
TON, TRUSTEE FOR B. C. SCARBORO.

(Filed 9 November, 1938.)

**Mortgages § 27—**
    Conflicting evidence on plaintiff's contention that the mortgage note in
    question was paid by defendant's retention of sums due plaintiff for
    services rendered and application of such sums to the note by agreement,
    *held* properly submitted to the jury and sufficient to sustain a verdict in
    plaintiff's favor.

DEFENDANTS appealed from *Cowper, Special Judge,* at February Civil
Term, 1938, of WAKE. No error.

This is an action to remove a cloud from the title to land, supported
in brief by the following evidence:

On 29 October, 1931, the plaintiffs executed and delivered to B. C.
Scarboro a note in the sum of $350.00, due and payable 1 December,
1932, and executed and delivered a deed of trust on their interest in
certain lands situate in Wake County, in which deed the defendant J. M.
Templeton was trustee. The plaintiff O. H. Duke was, prior to the
execution of the note and for a time thereafter, employed by the defend-
ant Scarboro in hauling tobacco to the warehouse at Oxford, North
Carolina. He testifies, in substance, that the defendant Scarboro agreed
to credit the amounts due the plaintiff for such hauling upon the note,
and promised five or six times to cancel the note on account of such pay-
ments, which were sufficient, as plaintiff testifies, to pay off the note
in full.

The plaintiff testified that after various attempts to get the note and
mortgage canceled, he was forced to bring this suit for the purpose of
having the note and mortgage canceled and removing a cloud from the
title to his property.

The defendant Scarboro denied that the plaintiff had made him any
payment on the paper. He contended that the plaintiff had been paid
for the hauling by the customers whose tobacco was hauled.

There was other evidence in support of plaintiff's contention and evi-
dence supporting that of the defendants.

The following issue was submitted to the jury:

"Had the note secured by the deed of trust been paid, as alleged in
the complaint?"

The jury answered the issue in the affirmative, and from the judgment
in favor of the plaintiffs the defendants appealed.

*J. G. Mills and John G. Mills, Jr., for plaintiffs, appellees.*
*A. J. Templeton and O. M. Marshburn for defendants, appellants.*

PER CURIAM. Since there was evidence tending to show that the defendant Scarboro had accepted the service of the plaintiff and had retained the amounts due for such service as payments upon the note, and evidence from which the jury might infer that the note was paid thereby, the issue submitted to the jury was proper, its answer conclusive against the defendants, and the judgment rendered thereupon correct. In this case we find

No error.